IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-40647
USDC No. 6:94-CV-1046
_____


DENNIS RAY FREEMAN,

                                        Plaintiff-Appellant,

versus

DIRECTOR TDCJ-ID,

                                        Respondent-Appellee.

---------------------

Appeal from the United States District Court
for the Eastern District of Texas

---------------------
February 6, 1997
Before SMITH, DUHÉ, and BARKSDALE, Circuit Judges.

PER CURIAM:[*]

Dennis Ray Freeman, Texas prisoner # 411531, appeals the
district court's judgment denying habeas corpus relief pursuant
to 28 U.S.C. § 2254.  Freeman argues that he was deprived of a
neutral and detached hearing officer at his parole revocation
hearing in violation of the Due Process Clause.  We have reviewed
the issues raised by Freeman and conclude that the minimum
requirements of procedural due process were met and that there is

---

    [*]  Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.

some evidence in the record to support the parole revocation decision.  See <u>Villarreal v. United States Parole Comm'n</u>, 985 F.2d 835, 839 (5th Cir. 1993); <u>Morrissey v. Brewer</u>, 408 U.S. 471, 485 (1972).  The judgment of the district court is AFFIRMED.